IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ADRIAN LEWIS,                           *

     Plaintiff,                       *

vs.                                     *
                                        CASE NO. 4:09-CV-76 (CDL)
W. W. ADAMSON, et al.,                  *

     Defendants.                      *

ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 2, 2009 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff, filed as "Plaintiff's Motion for Reconsideration," have been considered and are found to be without merit.

The Court further finds that Plaintiff's motion to amend his petition should be denied. Plaintiff's proposed amendments, like his original petition, fail to allege the specific violation of a federal statutory or constitutional right by any named Defendant which has caused Plaintiff any redressable injury. Accordingly, the motion to amend is likewise denied.

IT IS SO ORDERED, this 13th day of August, 2009.

                                                    S/Clay D. Land
                                                      CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE